IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAYLOR RANDOLPH,

**Plaintiff**

CASE NO.: 8:22-cv-135-WFJ-AEP

v.

BAY FOOD BROKERAGE, INC.,
a Florida Profit Corporation,

**Defendant.**
_____/

## PLAINTIFF'S MOTION TO MODIFY THE CASE MANAGEMENT AND SCHEDULING ORDER

Plaintiff, TAYLOR RANDOLPH, by and through undersigned counsel, hereby moves for modification of the current Case Management and Scheduling Order (Doc. 14), and in support states as follows:

1. On May 16, 2022, this Court issued a Case Management and Scheduling Order (Doc. 14)

2. Pursuant to this Court's Order (Doc. 14), the established deadline for the parties to conduct discovery in this matter is September 30, 2022 and the deadline to submit any dispositive motions is October 31, 2022.

3. The parties have diligently pursued discovery in this case. In this regard, they have exchanged written discovery, document production and coordinated/completed depositions.

4. Due to scheduling complications, exacerbated by Hurricane Ian, the parties have not been able to complete all depositions.

5. Plaintiff respectfully requests additional time to finalize depositions only which have been identified but have not been able to be scheduled.

6. Plaintiff therefore seeks a modification of this Court's Order to allow the depositions to occur on or by October 31, 2022.

7. Given the extension to complete depositions, Plaintiff also asks for an equal extension of the deadline to submit any dispositive motions or until November 30, 2022.

8. Mediation has already been scheduled for November 1, 2022, so the mediation deadline does not need to be extended.

9. This matter is set on this Court's March 2023 jury trial calendar, and no other deadline will be affected by the Court's granting of the instant Motion.

10. This request for modification is made in good faith and not for purposes of delay to the proceedings.

## **MEMORANDUM OF LAW**

Rule 6(b) of the Federal Rules of Civil Procedure provides that when an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion, with or without motion or notice,

order the period enlarged if such a request is made before expiration of the period originally prescribed or as extended by previous order.

Rule 16(b) of the Federal Rules of Civil Procedure provides that once entered, the scheduling order "may be modified only for good cause and with the judge's consent." Fed.R.Civ.P. 16(b)(4).

In the instant case, the Discovery Deadline set forth in the Court's Case Management and Scheduling Order is currently September 30, 2022. Although the parties have diligently pursued discovery, Plaintiff is in need of additional time to complete already identified depositions. Plaintiff has not previously sought an extension of the discovery period in this case. Additionally, Plaintiff requests that the deadline to submit dispositive motions also be extended until November 30, 2022. Good cause exists to modify these dates. No other deadlines will be affected by the Court's granting of the Plaintiff's request.

WHEREFORE, for these reasons, Plaintiff respectfully requests that the Court enter an Order granting the instant motion and modifying the Case Management and Scheduling Order allowing Plaintiff to conduct and complete the remaining depositions and discovery on or before October 31, 2022 and to allow dispositive motions to be filed up to November 30, 2022.

## **LOCAL RULE 3.01G CERTIFICATION**

Pursuant to Local Rule 3.01(g), counsel for Plaintiff certifies he has contacted Defendant's counsel and she objections to the relief requested

herein, as she also wants the mediation deadline extended.

Dated this __30th___ day of September, 2020.

>Respectfully submitted,
>s/ Edward W. Wimp
>Edward W. Wimp, Esquire – LEAD COUNSEL
>FBN: 1015586
>Email: ewimp@theleachfirm.com
>Direct: 407-574-6339
>
>Anthony J. Hall, Esquire
>FBN: 0040924
>Email: ahall@theleachfirm.com
>
>THE LEACH FIRM, P.A.
>631 S. Orlando Ave., Suite 300
>Winter Park, FL 32789
>Telephone: (407) 574-4999
>Facsimile: (833) 813-7513
>
>Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __30th__ day of September 2022, the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>s/ Edward W. Wimp
>Edward W. Wimp, Esquire